RECEIVED
FEB 23 2021
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:21-CR-00010 |
| v. | INDICTMENT |
| JEFFERY M. CARLEY, | T. 18, U.S.C. § 1343 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## INTRODUCTION

At all times relevant to this Indictment:

1. Defendant Jeffery M. Carley (Carley) was a financial investment counselor.

2. Carley owned or had ownership interest in Carley Financial Group, Prosperity Partners, and Main Street Solutions and managed all three investment groups from Treynor, Iowa.

3. New Direction Trust Company, aka, New Directions IRA, a financial investment service, offered Self-Directed Individual Retirement Accounts.

4. A "Self-Direct" Individual Retirement Account is defined as a retirement account which allows the owner of the account to direct the investments made from the account, providing the owner of the account increased control and greater diversification over investments and retirement savings.

5. Investing money from a Self-Directed Individual Retirement Account, creates a loan to the financial group holding the money secured by a promissory note which provides a maturity date for the return of the money invested from the account.

6. A Ponzi scheme is an investment fraud that involves the payment of purported returns to existing investors from funds contributed by new investors. Ponzi schemes often share common characteristics such as offering overly consistent returns, unregistered investments, high returns with little or no risk, or secretive or complex strategies. This arrangement gives investors the impression there is a legitimate, money-making enterprise behind the subject's story, but in reality, unwitting investors are the only source of funding.

## THE SCHEME

7. Beginning at an unknown date, but at least as early as 2013, and continuing up to and including December 2020, in the Southern District of Iowa and elsewhere, the defendant Jeffrey M. Carley, did devise and intend to devise a scheme to defraud as to material matters and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, by providing false material facts and by intentional concealment of material facts.

8. As part of the scheme Carley would encourage clients to move money from their traditional Individual Retirement Accounts to "Self-Directed" Individual Retirement Accounts.

9. As part of the scheme Carley would advise clients to move funds from their "Self-Directed" Individual Retirement Accounts to investment opportunities Carley owned or had ownership interest in advising clients they would receive a financial return on said investments.

10. As part of the scheme, Carley would not divulge to his clients that he owned or had ownership interest in the investment opportunities he was representing to them as solid investments.

11. As part of the scheme Carley would create and provide clients with fraudulent "Annual Statements of Earnings".

12. As part of the scheme Carley would cause the electronic transferring of funds from the Self-Directed Individual Retirement Accounts, to an investment group Carley owned or had ownership interest in, including but not limited to, Prosperity Partners and Main Street Solutions.

13. As part of the scheme, moneys received by Prosperity Partners or Main Street Solutions from New Direction Trust were used by Carley for personal business and not invested on behalf of his clients.

14. As part of the scheme, Carley would make minimum interest payments back to the Self-Directed Individual Retirement Accounts but made no payments on the principle loan amount.

## COUNT 1
### (Wire Fraud)

1. The allegations set forth in paragraphs 1 through 15 above are hereby realleged and incorporated by reference.

2. That on or about January 17, 2017, in the Southern District of Iowa and elsewhere, the defendant, JEFFERY M. CARLEY, having devised and intended to devise a scheme to defraud, and for obtaining money by means of material false and fraudulent pretenses and representations, and for the purpose of executing such scheme to defraud, did knowingly transmit and cause to be transmitted in

interstate commerce, between the State of Colorado and the State of Nebraska, moneys from an Self-Direct Individual Retirement Account maintained by New Directions IRA held by B.H. to the bank account for Prosperity Partners LLC in the amount of $80,000.

This is a violation of Title 18, United States Code, Section 1343.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Wire Fraud)

1. The allegations set forth in paragraphs 1 through 15 of the Introduction are hereby realleged and incorporated by reference.

2. That on or about August 30, 2016, in the Southern District of Iowa and elsewhere, the defendant, JEFFERY M. CARLEY, having devised and intended to devise a scheme to defraud, and for obtaining money by means of material false and fraudulent pretenses and representations, and for the purpose of executing such scheme to defraud, did knowingly transmit and cause to be transmitted in interstate commerce, between the State of Nebraska and the State of Colorado, moneys from Prosperity Partners, LLC bank account to a Self-Direct Individual Retirement Account maintained by New Directions IRA held by R.C. in the amount

of $2,000 and a second transfer of $7,400.

This is a violation of Title 18, United States Code, Section 1343.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Richard Rothrock
Assistant United States Attorney