IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. 1:21-cr-00010 |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND JOINT |
| ) | MOTION FOR PRELIMINARY |
| ) | ORDER OF FORFEITURE - |
| JEFFERY M. CARLEY, ) | MONEY JUDGMENT |
| ) | |
| Defendant. ) | |
| ) | |

The United States of America (also referred to as "the Government"), Defendant, JEFFERY M. CARLEY, and Defendant's attorney, enter into this STIPULATION AND JOINT MOTION FOR PRELIMINARY ORDER OF FORFEITURE.

The parties hereby stipulate and agree as follow.

1. On March 23, 2021, a superseding indictment was returned in the Southern District of Iowa, which charged Defendant Carley with six (6) counts of wire fraud, in violation of Title 18, United States Code, Section 1343. (DCD 6.)

2. On October 22, 2021, Defendant Carley pled guilty to Count 1 of the superseding indictment and, pursuant to his written plea agreement (DCD 34 ¶ 21), agreed to forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to his offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). More specifically, he consented to "entry against him of a money judgment equal to the amount of the proceeds derived from

the scheme to defraud." (DCD 34, p. 8, ¶ 21). This Stipulation effectuates the agreement already reached by the parties.

3. Defendant hereby agrees to the entry of a forfeiture money judgment against him in the amount of $1,364,163, as proceeds of his scheme to defraud, and hereby joins the United States in so moving.

4. Defendant waives all challenges in any manner (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with his Plea Agreement and this Stipulation. Defendant further agrees that the forfeiture provisions of the Plea Agreement and this Stipulation are intended to, and will, survive Defendant notwithstanding the abatement of any underlying criminal conviction after execution of the Plea Agreement and this Stipulation. The forfeitability of any particular property pursuant to the Plea Agreement and this Stipulation shall be determined as if Defendant had survived and that determination shall be binding upon Defendant's heirs, successors and assigns until the agreed forfeiture, including any agreed money judgment amount, is collected in full.

5. Defendant agrees to consent to the entry of orders of forfeiture for such property and waives the requirements of Federal Rules of Criminal Procedure 32.2 regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment. Defendant understands that the forfeiture of assets is part of the sentence that may be imposed in this case.

6.  Fed. R. Crim. P. 32.2(b)(1)(A) provides that "if the government seeks a personal money judgment, the court must determine the amount of money the defendant will be ordered to pay." Thus, the amount of the proceeds derived from the fraud, as set forth above, should be included in a Preliminary Order of Forfeiture.

7.  Fed. R. Crim. P. 32.2(b)(1)(B) provides "The court's determination may be based on evidence already in the record, including any written plea agreement, and on any additional evidence or information submitted by the parties and accepted by the court as relevant and reliable."

8.  Fed. R. Crim. P. 32.2(b)(2)(A) instructs "if the court finds that property is subject to forfeiture, it must promptly enter a preliminary order of forfeiture setting forth the amount of the money judgment . . . ."

9.  Pursuant to Rule 32.2(c)(1), no ancillary proceeding is required when the forfeiture consists of a money judgment.

10. The Defendant agrees that this Court shall retain jurisdiction over this case for purposes of enforcing this judgment.

11. Based on the Plea Agreement and this Stipulation, the parties respectfully requests that the Court enter a Preliminary Order of Forfeiture against the Defendant in the form of a money judgment for $1,364,163.

12. The Defendant agrees to the terms of this Stipulation and Motion.

_____  By: _____
Jeff Carley                     Bradley R. Hansen
Defendant                       Federal Public Defender
                                Northern & Southern Districts of Iowa
                                400 Locust St., Suite 340
                                Des Moines, Iowa 50309
                                Tel: 515-309-9610
                                e-mail: Brad_Hansen@fd.org

13. The Government agrees to the terms of this Stipulation and Motion.

                                Richard D. Westphal
                                United States Attorney

                          By: */s/ Craig Peyton Gaumer*
                                Craig Peyton Gaumer
                                Assistant United States Attorney
                                U. S. Courthouse Annex, Suite 286
                                110 East Court Avenue
                                Des Moines, Iowa 50309
                                Tel: (515) 473-9300
                                Fax: (515) 473-9292
                                Email: craig.gaumer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on _____March 16__, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

_____U.S. Mail ____Fax ____Hand Delivery __X__ECF/Electronic filing ____Other means

                                UNITED STATES ATTORNEY
                          By:   */s/ S. Oberfoell*
                                Paralegal Contractor II

4